UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARLOS MARTINEZ-TINOCO,<br><br>　　　　Defendant. | Case No.  1:15-cr-00304-DAD-BAM-2<br><br><br>ORDER OF RELEASE |

　　　The above named defendant having been sentenced on October 5, 2016 to CREDIT FOR TIME SERVED,

　　　IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **October 5, 2016**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1