UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>JUAN CARLOS MARTINEZ-TINOCO,<br><br>                     Defendant. | Case No. 1:15-cr-00304-DAD-BAM-2<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on October 5, 2016 to CREDIT FOR TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated:   **October 5, 2016**                                   _____
                                                                                    UNITED STATES DISTRICT JUDGE